IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01051-MSK-OES

SIR-KAHN HEADON,

    Plaintiff,

v.

COLORADO BOYS RANCH,

    Defendant.

_____

**ORDER DENYING MOTION TO WITHDRAW**
_____

**THIS MATTER** comes before the Court pursuant to the Defendant's Motion to Withdraw **(# 7)**.

The Plaintiff did not submit a proposed order as part of the electronic filing, nor submit a proposed order in WordPerfect (.wpd) or text (.txt) format to chambers by electronic mail. Both acts are required by D.C. Colo. ECF Proc. V.L.2. Accordingly, the Motion is **DENIED** without prejudice.

Dated this 14th day of August, 2005

                                    **BY THE COURT:**

                                    *Marcia S. Krieger*
                                    _____

Marcia S. Krieger
United States District Judge