IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01051-MSK-OES

SIR-KAHN HEADON,

    Plaintiff,

v.

COLORADO BOYS RANCH,

    Defendant.

___

**ORDER DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE**
___

    THIS MATTER coming before the Court on Plaintiff and Defendant's Stipulation for Dismissal With Prejudice. Based thereon, the Court

    HEREBY Orders that all claims that have been or could have been asserted by Plaintiff are dismissed with prejudice, each party to bear its own costs and attorneys fees.

The Clerk shall close this file.

    DATED this 2nd day of September, 2005.

                                       **BY THE COURT:**

                                       Marcia S. Krieger
                                       United States District Judge